UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE )<br>)<br>KATHLEEN DAIGNEAULT )<br>)<br>          DEBTOR )<br>_____) | CHAPTER: 13<br><br>CASE NO.: 02-46689-HJB<br><br>CA 05-30026-MAP |

## NOTICE OF APPEAL

FRANCIS LAFAYETTE the counsel of record to debtor, appeals under U.S.C. § 158(a) or (b) from the order of the bankruptcy judge:

12/13/2004 [104] Memorandum of Decision Dated 12/13/04 Regarding [103] Second Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Lafayette. A SEPARATE ORDER SHALL ISSUE.

12/13/2004 [105] Order dated 12/13/04 Denying [103] Second Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Francis Lafayette.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant:**       Francis Lafayette
Debtor:              Kathleen Daigneault
Attorney:            Francis Lafayette
Address:             Post Office Box 1020
                     Palmer, MA 01069
                     BBO# 282960
Telephone:           (413) 283-7785

**Appellee:**        Denise M. Pappalardo
                     Chapter 13 Trustee
Address:             PO Box 16607
                     Worcester, MA 01601
Telephone:           (508) 791-3300

**Appellee:**        United States Trustee
Address:             446 MAIN ST., 14TH FLOOR
                     WORCESTER, MA 01608
Telephone:           (508) 793-0553

Respectfully submitted,

*[signature: Francis Lafayette, J.D.]*

Francis Lafayette, J.D.
1024 Park Street
PO Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960