UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: KATHLEEN DAIGNEAULT

BANKRUPTCY APPEAL

CA 05-30026-MAP

## O R D E R

**PONSOR, D.J.**

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on   1/26/2005   ,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before   FEBRUARY 16, 2005   and the Appellee's brief shall be filed on or before   MARCH 9, 2005   .  The Appellant may file and serve a reply brief on or before   MARCH 15, 2005   .

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

1/26/2004
**Date**

By the Court,
/S/ MARY FINN
**Deputy Clerk**

**(BKAppealBriefSched.wpd - 12/98)**
    **[bro.]**